# IN THE UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF MISSOURI
# WESTERN DIVISION

| | |
|---|---|
| United States of America, ) | |
| Plaintiff, ) | |
| vs. ) | Case No. 06-0071-01-CR-W-FJG |
| Robert A. Blaylock, ) | |
| Defendant. ) | |

## ORDER

Pending before the Court is defendant's motion to suppress (Doc. #33), filed September 29, 2006, and the government's response (Doc. #36), filed October 13, 2006.

On October 17, 2006, United States Magistrate John T. Maughmer held an evidentiary hearing on the pending motion to suppress. Thereafter, on November 16, 2006, Magistrate Maughmer entered a report and recommendation (Doc. #44) which recommended denying the above-mentioned motion. No objections to the report and recommendation were filed.

The Court, after independent review of the record and applicable law, adopts and incorporates by reference herein, the magistrate's findings and conclusions. Therefore, the Court finds that defendant's motion to suppress (Doc. #33), filed September 29, 2006, must be denied.

Accordingly, it is

ORDERED that the magistrate's findings and conclusions are hereby adopted and incorporated herein by reference. It is further

ORDERED that defendant's motion to suppress (Doc. #33), is denied.

/s/Fernando J. Gaitan, Jr.
Judge Fernando J. Gaitan, Jr.
United States District Judge

Dated: December 12, 2006
Kansas City, Missouri