**IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION**

| | |
|---|---|
| United States of America, ) | |
| Plaintiff, ) | |
| vs. ) | No. 06-0072-CR-W-FJG |
| Robert A. Blaylock, ) | |
| Defendant. ) | |

# ORDER

Pending before this Court is defendant's motion to perform scientific tests or in the alternative, motion in limine (Doc. #46), filed November 27, 2006, and the government's response thereto (Doc. #52), filed December 5, 2006. Defendant's motion is denied for the reasons cited in the government's response.

/s/Fernando J. Gaitan, Jr.
United States District Judge

Dated:   January 3, 2007
Kansas City, Missouri