# IN THE UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF MISSOURI
# WESTERN DIVISION

| | | |
|---|---|---|
| United States of America, | ) | |
| | Plaintiff, ) | |
| vs. | ) | No. 06-0072-01-CR-W-FJG |
| Robert Blaylock, | ) | |
| | Defendant. ) | |

## ORDER

Upon consideration of defendant's motion for judgment of acquittal or in the alternative for a new trial, the government response (Doc.#100), and defendant's reply (Doc. #104), defendant's motion (Doc. #97), filed March 15, 2007, is denied.

/s/Fernando J. Gaitan, Jr.
Chief United States District Judge

Dated: 5/17/07
Kansas City, Missouri